HENRY A. NICHOLS, TRUSTEE *v.*
BERTHA J. McGILL, EXECUTRIX
[Nos. 9, 10, January Term, 1935]

688

*Decided April 23rd, 1935.*

The causes were argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, and JOHNSON, JJ.

*Edward H. Burke,* with whom were *H. Herbert Balch* and *Bowie & Burke* on the brief, for the appellants.

*G. Elbert Marshall,* for the appellee.

Parke, J., delivered the opinion of the Court.